NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESSE HOWARD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7088

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-0594, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Jesse Howard's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 1 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jesse Howard
David A. Levitt, Esq.

s21

Issued As A Mandate: **MAY 1 9 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 9 2011**

**JAN HORBALY**
**CLERK**